United States District Court
Southern District of Texas
**ENTERED**
August 27, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL ACTION NO. 5:19-CR-371-1** |
| | § | |
| | § | |
| **MATILDE ALANIS-CUELLAR** | | |

**ORDER**

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 45) recommending that Defendant's motion to suppress (Dkt. 31) be denied. The parties have been duly noticed regarding the filing of objections, and, as of August 20, 2019, the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Defendant's motion to suppress (Dkt. 31) is DENIED.

The case is hereby referred to U.S. Magistrate Judge Sam Sheldon for a final pretrial conference.

IT IS SO ORDERED.

SIGNED this 27th day of August, 2019.

Diana Saldaña
United States District Judge